UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>STEPHEN WALSH, PAUL GREENWOOD, WESTRIDGE CAPITAL MANAGEMENT, INC., WG TRADING INVESTORS, LP, WGIA, LLC,<br><br>Defendants,<br><br>WESTRIDGE CAPITAL MANAGEMENT ENHANCEMENT FUNDS INC., WG TRADING COMPANY LP, WGI LLC, K&L INVESTMENTS, AND JANET WALSH,<br><br>Relief Defendants. | Civil Action No.: 09-CV-1749 (GBD)  |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>WG TRADING INVESTORS, L.P., WG TRADING COMPANY LIMITED PARTNERSHIP, WESTRIDGE CAPITAL MANAGEMENT, INC., PAUL GREENWOOD, and STEPHEN WALSH<br><br>Defendants,<br><br>ROBIN GREENWOOD and JANET WALSH<br><br>Relief Defendants. | Civil Action No.: 09-CV-1750 (GBD) |

**[PROPOSED] ORDER GRANTING THE MOTION FOR ORDER APPROVING THE RECEIVER'S PROPOSED CLAIMS VERIFICATION PROCEDURES**

610145.1                                    1

The Court, having considered the Motion for Order Approving the Receiver's Proposed Claims Verification Procedures ("Motion") filed by the Receiver, Robb Evans & Associates LLC, having considered all other materials and evidence filed in support of the Motion, and for good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted.

2. Upon an entry of this Order, the Receiver will immediately send out a notice to all known investors, creditors, and other interested parties informing them of the following schedule concerning the claims verification process:

   (a) The Receiver will provide written notice to all known investors of the amount that the Receiver believes that a particular investor invested with the respective defendants, the amount of each investor's withdrawals from its account(s) with the defendants, and the stated earnings credited to an investor's account. With respect to the 15 subscribers in Fund A (as described at Tab 33 of the Receiver's Report of Activities filed with the Court on May 27, 2009), the notice will confirm the number of shares that the records reflect are held by each individual subscriber in Fund A. In addition, the Receiver will provide general creditors with a calculation of the amount that the Receiver believes is owed by the defendants to any particular creditor (the notices referred to above are collectively referred to as the "Notice").

   (b) The claimant will have thirty days from the date of service of the Notice to object to any of the information set forth in the Notice. Any objections must be in writing and received by the Receiver within the thirty day period of notice. If the claimant fails to object to the information set forth in the Notice, then the information set forth in the Notice shall be approved and shall form the basis upon which distributions may be made in these matters.

(c)  If the Receiver receives a timely objection to the information set forth in the Notice, the Receiver will attempt to resolve the dispute through negotiations. If the parties are not able to resolve the dispute through negotiations, the Receiver will resolve the dispute by motion filed by the Receiver pursuant to the applicable local rules of this District.

Dated: New York, New York
July ___, 2009

SO ORDERED:

_George B. Daniels_
George B. Daniels
United States District Judge