UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>STEPHEN WALSH, PAUL GREENWOOD, WESTRIDGE CAPITAL MANAGEMENT, INC., WG TRADING INVESTORS, LP, WGIA, LLC,<br><br>Defendants,<br><br>WESTRIDGE CAPITAL MANAGEMENT ENHANCEMENT FUNDS INC., WG TRADING COMPANY LP, WGI LLC, K&L INVESTMENTS, AND JANET WALSH,<br><br>Relief Defendants. | Civil Action No.: 09-CV-1749 (GBD)<br><br> |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>WG TRADING INVESTORS, L.P., WG TRADING COMPANY LIMITED PARTNERSHIP, WESTRIDGE CAPITAL MANAGEMENT, INC., PAUL GREENWOOD, and STEPHEN WALSH<br><br>Defendants,<br><br>ROBIN GREENWOOD and JANET WALSH<br><br>Relief Defendants. | Civil Action No.: 09-CV-1750 (GBD) |

[PROPOSED] **ORDER GRANTING THE MOTION FOR ORDER APPROVING**

**THE RECEIVER'S PROPOSED CLAIMS ADMINISTRATION PROCEDURES**

610131.1                               1

The Court, having considered the Motion for Order Approving the Receiver's Proposed Claims Administration Procedures ("Motion") filed by the Receiver, Robb Evans & Associates LLC, having considered all other materials and evidence filed in support of the Motion, and for good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted.

2. Upon an entry of this Order, the Receiver will immediately send out a notice to all known investors, creditors, and other interested parties informing them of the following schedule concerning the claims administration process:

(a) All investors, interested parties, and other known creditors will have 45 days to provide the Receiver in writing with their views as to how the funds held by the Receiver should be distributed (collectively, the "Investors' Proposals"). The Investors' Proposals shall be supported by whatever evidence or and/or recitation to the Receiver's Report of Activities, filed with the Court on May 27, 2009 (the "Receiver's Report"), which support their proposed distribution proposal. The Investors' Proposals shall be filed with the Court through the CM/ECF system and will be posted on the Receiver's website so that all parties have access to the Investors' Proposals.

(b) The Commodity Futures Trading Commission and the Securities and Exchange Commission shall then have 30 days to provide their views ("Agencies' Proposals") as to a proposed distribution plan by the Receiver. As with the Investors' Proposals, the Agencies' Proposals shall be in writing, and supported by evidence and/or recitation to the Receiver's Report which the agencies believe support their proposed distribution plan. The Agencies' Proposals shall also be filed with the Court via the CM/ECF system and posted on the Receiver's website.

(c)     The Receiver shall then have 30 days to file a motion seeking approval of its proposed distribution plan and will request in the motion that a hearing be set on the motion in approximately 30 days, depending upon the Court's calendar. The motion will also request that investors, creditors, the agencies and all other interested parties should have until 14 days prior to the hearing on the motion to file any final reply briefs. The Receiver's motion seeking approval of its proposed distribution plan will be filed via the CM/ECF system and posted on the Receiver's website.

Dated: New York, New York

July ___ 2009.
AUG 0 5 2009

SO ORDERED:

_George B. Daniels_
George B. Daniels
United States District Judge

610131.1                                3