```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
COMMODITY FUTURES TRADING           :
COMMISSION,                         :
                     Plaintiff,     :
                                    :
          -against-                 :
                                    :       09 CV 1749 (GBD)
STEPHEN WALSH, PAUL GREENWOOD,      :
WESTRIDGE CAPITAL MANAGEMENT, INC., :
WG TRADING INVESTORS, L.P., WGIA, LLC :
                                    :
                     Defendants,    :
          -and-                     :
                                    :
WESTRIDGE CAPITAL MANAGEMENT        :
ENHANCEMENT FUNDS INC, WG TRADING   :
COMPANY, LP, WGI LLC, K&L           :
INVESTMENTS, and JANET WALSH,       :
                                    :
                     Relief Defendants. :
_____:       ORDER
SECURITIES AND EXCHANGE COMMISSION, :
                                    :
                     Plaintiff,     :
                                    :
          -against-                 :
                                    :
WG TRADING INVESTORS, L.P., WG      :       09 CV 1750 (GBD)
TRADING COMPANY, LIMITED            :
PARTNERSHIP, WESTRIDGE CAPITAL      :
MANAGEMENT, INC., PAUL GREENWOOD    :
and STEPHEN WALSH,                  :
                     Defendants,    :
                                    :
          -and-                     :
                                    :
ROBIN GREENWOOD AND JANET WALSH     :
                                    :
                     Relief Defendants. :
                                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 8 2009

GEORGE B. DANIELS, United States District Judge:

Relief Defendant Schaberg's Emergency Application for the Release of Funds, dated August 24, 2009, is referred to Robb Evans & Associates LLC, the duly appointed receiver

("Receiver") for the above-captioned cases, for examination and review of her claimed expenses, and the availability of alternative funds or third party contributions.

The Receiver is to submit, to the Court within 30 days of this order, a report and recommendation regarding whether any frozen funds should be used, or released, to pay any of Relief Defendant Schaberg's identifiable bills and/or living expenses.

Dated: New York, New York
      August 26, 2009

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge