UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

COMMODITY FUTURES TRADING COMMISSION,

            Plaintiff,

   -  against  -

STEPHEN WALSH, PAUL GREENWOOD,
WESTRIDGE CAPITAL MANAGEMENT, INC.,
WG TRADING INVESTORS, L.P., WGIA, LLC,

           Defendants,

   -  and  -

WESTRIDGE CAPITAL MANAGEMENT
ENHANCEMENT FUNDS, INC., WG TRADING
COMPANY, L.P., WG LLC, K&L INVESTMENTS
and JANET WALSH,

           Relief Defendants.
------------------------------------------------------------------x

No. 09 CV 1749 (GBD)

**NOTICE OF APPEAL**

    Notice is hereby given that JANET WALSH, n/k/a JANET SCHABERG, putative relief defendant in the reference proceedings ("SCHABERG"), hereby appeals to the United States Court of Appeals for the Second Circuit from the following orders and actions by the District Court:

    (1) Decision and Order dated August 4, 2009, modifying *Ex Parte* Restraining Order entered February 25, 2009;

    (2) Preliminary Injunction and Order Freezing Assets and Granting other Relief Against Relief Defendants, dated and entered August 20, 2009;

    (3) Order referring Schaberg's Emergency Application for release of funds to the

Court-appointed receiver, dated August 26, 2008, and filed August 28, 2009, and

(4) the District Court's repeated continuations of, and/or refusals to dissolve or modify, the injunctions against Schaberg.

Dated: New York, New York
       September  /  , 2009

                                  Respectfully submitted,

                                  LAW OFFICES OF STEVEN L. KESSLER

By: _____
                                  Steven L. Kessler
                                  Eric M. Wagner
                                  122 East 42nd Street, Suite 606
                                  New York, New York 10168
                                  (212) 661-1500

                                  *Attorneys for putative Relief Defendant*
                                  *Janet Schaberg f/k/a Janet Walsh*