UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
: 
                     Plaintiff, :
:
          - against - :
:
WG TRADING INVESTORS, L.P., :   09 CV 1750 (GBD)
WG TRADING COMPANY, LIMITED PARTNERSHIP, :
WESTRIDGE CAPITAL MANAGEMENT, INC., :
PAUL GREENWOOD and STEPHEN WALSH, :
:
                     Defendants, :
          - and - :
:
ROBIN GREENWOOD AND JANET WALSH, :
:
                  Relief Defendants. :
-------------------------------------------------------------x

### [PROPOSED] ORDER TO SUPPLEMENT THE CERTIFIED RECORD ON APPEAL

PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 10(e)(2)(B), IT IS HEREBY ORDERED that the motion of plaintiff Securities and Exchange Commission to supplement the appellate record is granted, and the record certified to the United States Court of Appeals for the Second Circuit in appeal No. 3787 be supplemented as follows:

Document from the record in the parallel case, CFTC v. Walsh, 09-cv-1749 (S.D.N.Y.):

| Docket No. | Description |
| --- | --- |
| 188. | DECLARATION of Patricia Gomersall in Support of MOTION for Preliminary Injunction as to Relief Defendants. (Entered 7/24/2009). |

IT IS SO ORDERED      0 8 JAN 2010

_____
George B. Daniels, U.S.D.J.
HON. GEORGE B. DANIELS