**EXHIBIT F**

# Westridge/WG Trading
## Enhanced S&P 500 Index Strategy



**Viacom's Initial $5,000,000 Investment**

20% of the investment goes to Westridge Capital → **$1,000,000 Goes to Westridge Capital**

80% of the investment goes to WG Trading Company → **$4,000,000 Goes to WG Trading Company L.P.**

Note: Viacom is not directly invested in the L.P., but has provided WG Trading with cash to invest in the partnership in exchange for a prommisory note.

**From $1,000,000 to Westridge Capital:**

$200,000 invested in Treasury bills and custodied at Morgan Stanley in a margin account.

These assets provide the necessary margin to buy S&P 500 futures contracts to equitize the investment (provides $5,000,000 in S&P 500 exposure for the investment).

$800,000 invested in short-term instruments and custodied at Mellon Trust.

These short-term assets are used to provide funding for margin calls.

Westridge Capital will have the discretion to transfer funds to and from Mellon to the margin account as needed for margin requirements.

**From $4,000,000 to WG Trading Company L.P.:**

WG Trading conducts index arbitrage trading with the S&P 500 and S&P 400 in an attempt to outperform the return of LIBOR.

Since the index arbitrage investment is equitized by Westridge Capital, when WG Trading outperforms LIBOR, the investment in totality outperforms the S&P 500 Index.

The partnership is custodied at Merrill Lynch (the clearing broker). The value will be reported by WG Trading and reflected on the Mellon statement.