# EXHIBIT G

# CONFIDENTIAL MATERIAL, SUBJECT TO COURT ORDER

**(Filed Under Seal pursuant to Stipulated Protective Order and Confidentiality Agreement filed April 8, 2010)**