# EXHIBIT K

# <u>CONFIDENTIAL MATERIAL, SUBJECT TO COURT ORDER</u>

**(Filed Under Seal pursuant to Stipulated Protective Order and Confidentiality Agreement filed April 8, 2010)**