# manatt
manatt | phelps | phillips

Lorie E. Lupkin
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4502
E-mail: LLupkin@manatt.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: APR 25 2014

*George B. Daniel*

APR 25 2014

April 24, 2014

BY FACSIMILE – (212) 805-6737

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *CFTC v. Walsh et al.*, No. 1:09-cv-01749-GBD
*SEC v. WG Trading Investors, L.P. et al*, No. 1:09-cv-01750- GBD
Request to Withdraw as Counsel

Dear Judge Daniels:

Ronald Blum, Noel Cohen, and I, of Manatt, Phelps & Phillips, LLP, are attorneys of record for Kern County Employees' Retirement Association (KCERA), an interested party in the above-captioned actions. This letter is to inform the Court, parties, and counsel that my last day at Manatt, Phelps & Phillips, LLP will be April 25, 2014. Accordingly, I request that I be allowed to withdraw as attorney of record for KCERA and be terminated from the docket effective April 25, 2014. Ronald Blum and Noel Cohen of Manatt, Phelps & Phillips, LLP will continue to serve as counsel for KCERA.

Respectfully submitted,

Lorie E. Lupkin

cc: Counsel of Record (by e-mail or mail)