UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
COMMODITY FUTURES TRADING COMMISSION,       :
                    Plaintiff,       :
    -against-       :
        :
WG TRADING INVESTORS, L.P.,       :    09-cv-1749 (GBD)
WG TRADING COMPANY, LIMITED PARTNERSHIP,   :
WESTRIDGE CAPITAL MANAGEMENT, INC.,       :
PAUL GREENWOOD and STEPHEN WALSH,       :
                  Defendants,       :
    -and-       :
        :
ROBIN GREENWOOD and JANET WALSH,       :
                  Relief Defendants.       :
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,       :
                  Plaintiff,       :
    -against-       :
        :
WG TRADING INVESTORS, L.P.,       :    09-cv-1750 (GBD)
WG TRADING COMPANY, LIMITED PARTNERSHIP,   :
WESTRIDGE CAPITAL MANAGEMENT, INC.,       :
PAUL GREENWOOD and STEPHEN WALSH,       :
                  Defendants,       :
    -and-       :
        :
ROBIN GREENWOOD and JANET WALSH,       :
                  Relief Defendants.       :
------------------------------------------------------------------------x

## *EX PARTE* ORDER

The Court, having considered the *ex parte* application of defendant Paul Greenwood for disbursement of attorneys' fees and costs in the criminal action, and the Declaration of Frederick P. Hafetz, and the exhibits in support thereof, orders as follows:

1. Mr. Greenwood's application is hereby granted; and

2. The Receiver, within ten days of receipt of this Order, shall disburse $51,397.42 to Hafetz & Necheles LLP, counsel for Mr. Greenwood in the criminal case.

IT IS SO ORDERED.

DATED: NOV 17 2014

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

DATED: Nov 13, 2014

_____
HON. MIRIAM GOLDMAN CEDARBAUM
UNITED STATES DISTRICT JUDGE