

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
COMMODITY FUTURES TRADING COMMISSION, :
: 
               Plaintiff, :
:
  - vs. - :
:
STEPHEN WALSH, PAUL GREENWOOD, :   09 CV 1749 (GBD)
WESTRIDGE CAPITAL MANAGEMENT, INC., :
WG TRADING INVESTORS LP, WGIA LLC, :
:
               Defendants, :
  - and - :
:
WESTRIDGE CAPITAL MANAGEMENT :
ENHANCEMENT FUNDS INC., WG TRADING :
COMPANY LP, WGI LLC, K&L INVESTMENTS, and :
JANET SCHABERG, :
:
               Relief Defendants. :
------------------------------------------------------------------x

**FINAL JUDGMENT AS TO DEFENDANT STEPHEN WALSH**

WHEREAS the Commodity Futures Trading Commission ("Commission") having filed a Complaint and Defendant Stephen Walsh ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of a Consent Order of Permanent Injunction and Ancillary Equitable Relief which included Findings of Fact and Conclusions of Law; and waived any right to appeal from the Consent Order of Permanent Injunction ("Walsh Permanent Injunction");

WHEREAS the Court having entered the Walsh Permanent Injunction on August 20, 2014 (docket no. 780);

WHEREAS a forfeiture money judgment was entered against Walsh in a parallel criminal proceeding in the amount of $50,743,779, constituting the total proceeds he personally received

as a result of the felony violation to which he pled guilty;

WHEREAS the Commission having withdrawn its claims for any further relief;

NOW, THEREFORE:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Walsh Permanent Injunction (D.E. 780) previously entered by this Court on August 20, 2014, shall constitute the FINAL JUDGMENT AGAINST DEFENDANT STEPHEN WALSH in favor of the Commission.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of resolving the ongoing receivership, resolving any and all claims against any other remaining defendants or relief defendants, and for enforcing the terms of this Final Judgment.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

SO ORDERED:

Dated: NOV 13 2019, 2019

George B. Daniels
UNITED STATES DISTRICT JUDGE