UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
COMMODITY FUTURES TRADING COMMISSION,

       Plaintiff,

  - vs. -

STEPHEN WALSH, PAUL GREENWOOD,     : 09 CV 1749 (GBD)
WESTRIDGE CAPITAL MANAGEMENT, INC.,
WG TRADING INVESTORS LP, WGIA LLC,

       Defendants,
  - and -

WESTRIDGE CAPITAL MANAGEMENT
ENHANCEMENT FUNDS INC., WG TRADING
COMPANY LP, WGI LLC, K&L INVESTMENTS, and
JANET SCHABERG,

       Relief Defendants.
------------------------------------------------------------------x

## FINAL JUDGMENT AS TO DEFENDANT PAUL GREENWOOD

WHEREAS the Commodity Futures Trading Commission ("Commission") having filed a Complaint and Defendant Paul Greenwood ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of a Consent Order of Permanent Injunction and Ancillary Equitable Relief which included Findings of Fact and Conclusions of Law; and waived any right to appeal from the Consent Order of Permanent Injunction ("Greenwood Permanent Injunction");

WHEREAS the Court having entered the Greenwood Permanent Injunction on July 28, 2010 (docket no. 346);

WHEREAS a forfeiture money judgment was entered against Greenwood in a parallel criminal proceeding in the amount of $83,500,000, constituting the total proceeds he personally

received as a result of the felony violations to which he pled guilty;

WHEREAS the Commission having withdrawn its claims for any further relief;

NOW, THEREFORE:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Greenwood Permanent Injunction (D.E. 346) previously entered by this Court on July 28, 2010, shall constitute the FINAL JUDGMENT AGAINST DEFENDANT PAUL GREENWOOD in favor of the Commission.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of resolving the ongoing receivership, resolving any and all claims against any other remaining defendants or relief defendants, and for enforcing the terms of this Final Judgment.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

SO ORDERED:

Dated: **NOV 1 9 2019**, 2019

*George B. Daniels*
George B. Daniels
UNITED STATES DISTRICT JUDGE